## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CALVIN LOCKHART,**
**Petitioner,**

**v.**

**JAMES N. CROSS,**
**Respondent.**                                            **No. 09 - CV - 01027 DRH**

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a letter from petitioner Calvin Lockhart (Doc. 21) asking to withdraw his Petition for Writ of Habeas Corpus (Doc. 1). The basis of Petitioner's grievance was the revocation of his good-time credits by the Federal Bureau of Prisons (Doc. 1, p. 4). Since then Petitioner's incident report has been expunged and his good time restored (Docs. 19 & 1). He therefore agrees with Respondent that the Petition is moot and can be denied (Docs. 19 & 1). Petitioner adds that he needs an order from the Court dismissing the Petition so that he can be transferred to a different facility. However, he has since been transferred to the Federal Correctional Institution in Elkton, Oklahoma, anyway, and Respondent has filed a Motion for Substitution to replace respondent James N. Cross with the warden at the Elkton facility, Robert L. Farley (Doc. 25).

Petitioner's request (Doc. 21) is **GRANTED**. Accordingly, his Petition for Writ

of Habeas Corpus (Doc. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

Respondent's Motion for Substitution (Doc. 25) is terminated as **MOOT**. The Court

will close the file.

**IT IS SO ORDERED.**

Signed this 19th day of March, 2011.

David R. Herndon
2011.03.19
17:11:41 -05'00'

**Chief Judge**
**United States District Court**